**Acknowledged**

This action is hereby dismissed with prejudice.

Date: 3/1/2023

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Tamra Blakley, | Case No.1:23--000058 |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL WITH PREJUDICE |
| Receivables Management Partners, LLC | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

The Litigation Practice Group

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
17542 E 17th Street, Suite 100
Tustin, CA 92780
Tel: 657-600-9790
Richard@lpglaw.com
*Attorney for Plaintiff*